Glenn Zuckerman
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone:  212-558-5000
Facsimile:  212-344-5461
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| This Document Relates to: | ) |
| | ) |
| *Norma Brown v. Pfizer Inc, et al.* | ) **MDL NO. 1699** |
| (06-6181 CRB) | ) **District Judge:  Charles R. Breyer** |
| | ) |
| *Arnold Kagan v. Pfizer Inc, et al.* | ) |
| (08-3241 CRB) | ) |
| | ) |
| *John Kroon v. Pfizer Inc, et al.* | ) **STIPULATION AND ORDER OF** |
| (06-6115 CRB) | ) **DISMISSAL WITH PREJUDICE** |
| | ) |
| *Julia McFarland v. Pfizer Inc, et al.* | ) |
| (07-4152 CRB) | ) |

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through

the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

each side bearing its own attorneys' fees and costs.

-1-

1

DATED: 2/25, 2000      By: _____

2

3      **WEITZ & LUXENBERG, PC**
       700 Broadway
4      New York, New York 10003
       Telephone: 212-558-5000
       Facsimile: 212-344-5461
5
       *Attorneys for Plaintiffs*
6
       DATED: March 3, 2010      By: _____
7

8      **DLA PIPER LLP (US)**
       1251 Avenue of the Americas
9      New York, New York 10020
       Telephone: 212-335-4500
10     Facsimile: 212-335-4501

11     *Defendants' Liaison Counsel*

12

13

14     **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
       IT IS SO ORDERED.**
15

16
       Dated: APR - 5 2010      _____
17
                                Hon. Charles R. Breyer
18                              United States District Court

19

20

21

22

23

24

25

26

27

28

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42588782.1